UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: STRYKER LFIT V40 FEMORAL HEAD PRODUCTS LIABILITY LITIGATION | * * * * |
| | MDL No. 17-md-2768-IT |
| This Document Relates To: | * * |
| All Cases | * * * |

MDL Order No. 10
(June 29, 2017, Status Conference)

June 28, 2017

TALWANI, D.J.

The court's agenda for the June 29, 2017, status conference is as follows:

1. Plaintiffs' Counsel Leadership: court update on application status and timetable for decisions on leadership selections; further discussion of leadership structure.

2. State Court Proceedings: discussion of coordination with state cases, including New Jersey multi-county litigation, and common protective orders.

3. Timetable for development of case management plan.

4. Pending Motions: counsel report as to any additional anticipated motions to remand; set hearing date on three pending motions to remand.

5. Other matters that counsel seek to have addressed. Counsel seeking to raise additional matters should file a notice setting such matters on the MDL docket by noon on June 29, 2017.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge