UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: STRYKER LFIT V40 FEMORAL HEAD PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>    All Cases | *<br>*<br>*   MDL No. 17-md-2768-IT<br>*<br>*<br>*<br>*<br>* |

Amended MDL Order No. 3
(Concerning Appearances of Counsel,
Including Appearances of Counsel Seeking to Directly File Actions)

October 23, 2017

TALWANI, D.J.

    1.    Counsel shall familiarize themselves with this District's CM/ECF policies and procedures and shall register electronically for an account on the District's CM/ECF system using the ECF Registration Form available on the court's website. In the MDL Attorney field on the ECF Registration Form, counsel shall note both the master MDL case number and the individual Massachusetts civil action number for each of the actions consolidated in this MDL in which he or she represents a party.

    2.    All counsel appearing in this MDL, including counsel admitted *pro hac vice* in accordance with Paragraph 4, shall file a Notice of MDL Appearance in each civil action in which he or she represents a party and in the master MDL file.

    3.    Counsel who filed an appearance in an individual case transferred to this court and who are duly admitted to practice before any United States District Court may appear in this matter without the filing and allowance of a motion to appear *pro hac vice*.

4. Counsel who do not have permission to appear pursuant to Paragraph 3 and are not admitted to practice in the District of Massachusetts, but who seek to direct file a case in this District as part of the MDL, must comply with the following procedures:

    a. The attorney shall prepare a certification of good standing pursuant to Local Rule 83.5.3(e)(3), and shall forward that certificate and the fee for the motion for leave to appear *pro hac vice* to Plaintiffs' Administrative Counsel for filing;

    b. Upon receipt of such certificate and fees, Plaintiffs' Administrative Counsel shall file on the master MDL docket a motion for the attorney's admission *pro hac vice* and shall attach the prepared certificate. Plaintiffs' Administrative Counsel need not personally attest to the attorney's good standing in her motion.

    c. An attorney who is admitted *pro hac vice* shall register electronically for an account on the District's CM/ECF system in accordance with Paragraph 1.

5. No parties in any of the transferred or directly filed actions shall be required to obtain local counsel in this District.

6. Any attorney who appears in this matter in accordance with this Order shall be subject to the Local Rules of this court, including its attorney discipline rules.

IT IS SO ORDERED.


Date: October 23, 2017                              /s/ Indira Talwani
                                                            United States District Judge